Roney, Appellant, *v.* General State Authority.

Argued November 14, 1963. Before BELL, C. J., MUSMANNO, JONES, COHEN, O'BRIEN and ROBERTS, JJ.

*Gilbert I. Yaros,* with him *Norman Shigon,* for appellant.

*Edward W. Madeira, Jr.,* with him *John B. H. Carter,* for appellee.

OPINION PER CURIAM, January 7, 1964:

The issue presented on this appeal is whether the doctrine of governmental immunity applies to appellee, The General State Authority. In *Rader v. Pennsylvania Turnpike Commission,* 407 Pa. 609, 182 A. 2d 199 (1962), we held that the Pennsylvania Turnpike Commission was an instrumentality of the Commonwealth engaged in a governmental function and hence immune from liability for the negligence of its employees. The reasoning of that case compels an identical result here.

Judgment affirmed.

Mr. Justice MUSMANNO dissents.